# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DESSTONI L. JOHNSON**                                                                **PLAINTIFF**

**v.**                             **Case No. 4:24-cv-00665-KGB**

**TRANS UNION LLC**, *et al.*                                                         **DEFENDANTS**

## ORDER

Before the Court is plaintiff Desstoni L. Johnson and separate defendant Upstart Network, Inc.'s ("Upstart") joint stipulation of dismissal (Dkt. No. 23). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice Ms. Johnson's complaint against separate defendant Upstart, with each party to bear its own costs and fees.

It is so ordered this 18th day of February, 2025.

*[signature]*
Kristine G. Baker
Chief United States District Judge